In the Matter of the Claim of HERBERT L. GROSS, Respondent, against DAVEY TREE EXPERT COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued November 17, 1936; decided December 1, 1936.)

*Frank L. Ward* for appellants.

*John J. Bennett, Jr., Attorney-General (Hector A. Robichon* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: CRANE, Ch. J., and CROUCH, J.